IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                    Civil No. 4:01CR40003-001

LIONEL TIDWELL                                                  DEFENDANT

## **ORDER**

Now on this 7th day of June, 2006, comes on for consideration the proposed findings and recommendations filed herein on May 5, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that Tidwell's motion should be and is hereby dismissed without prejudice to his filing an appropriate motion under *28 U.S.C. § 2241* in the district where he is confined, in the United States District Court for the District of Columbia, or in any district where the Bureau of Prisons maintains a regional office.

IT IS SO ORDERED.

                                                        */s/ Harry F. Barnes*
                                                       **HARRY F. BARNES**
                                                       **U.S. DISTRICT JUDGE**